**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

QUINTIN MAYWEATHER-BROWN,

      Plaintiff,

      v.                         Case No. 3:16-CV-444 JVB

BRAD RODGERS, et al.,

      Defendants.

## OPINION AND ORDER

Plaintiff Quintin Mayweather-Brown, a pro se prisoner, filed a motion asking for the status of this case. This was unnecessary. If he wants to know the status of his case, he need only write a letter asking the clerk for a copy of his docket sheet.

For these reasons, the motion (DE 4) is DENIED. The clerk is DIRECTED to send Quintin Mayweather-Brown a copy of the docket sheet for this case.

SO ORDERED on November 3, 2016.

                              s/Michael G. Gotsch, Sr.
                              Michael G. Gotsch, Sr.
                              United States Magistrate Judge